IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE EDWARD MAURER, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| GLUNT, et al. | : | |
| Respondents. | : | No.  14-1593 |

FILED
APR 3 0 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

L. FELIPE RESTREPO, J.

AND NOW, this 29 day of April, 2015, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_L. Restrepo_
L. FELIPE RESTREPO, J.

ENTERED
MAY 01 2015
CLERK OF COURT